IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MEDICONE MEDICAL RESPONSE,
a Corporation,

        Plaintiff,

-vs-

MARION COUNTY EMERGENCY
 TELEPHONE SYSTEM BOARD,

        Defendant.                   No.    11-CV-1067-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Defendant's motion to dismiss this cause of action.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 13, 2012, this case is **DISMISSED** with prejudice.

                      NANCY J. ROSENSTENGEL,
                      CLERK OF COURT


                      BY:     /s/*Sara Jennings*
                                Deputy Clerk

Dated: September 13, 2012

                    David R. Herndon
                    2012.09.13
                    06:28:29 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT